UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARITA MARTINEZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JAGUAR LAND ROVER NORTH AMERICA, LLC,<br><br>　　　　Defendant. | Case No. 1:24-cv-00027-KES-EPG<br><br>ORDER REGARDING NOTICE OF SETTLEMENT<br><br>(ECF No. 31) |

In this removed case, Plaintiff Clarita Martinez alleges that Defendant Jaguar Land Rover North America, LLC violated multiple provisions of the Song-Beverly Consumer Warranty Act. Now before the Court is the parties' notice of settlement:

> **PLEASE TAKE NOTICE** that Plaintiff, CLARITA MARTINEZ, and Defendant, JAGUAR LAND ROVER NORTH AMERICA, LLC, (the "Parties"), jointly, write to advise this Court that they have settled this matter; however, the attorneys' fees, costs, and expenses remain outstanding, and Plaintiff intends to file a noticed motion. The Parties request that the Court vacate any upcoming hearings and deadlines while the performance of the settlement terms is pending.
>
> Once all terms of the settlement are completed and payment is received by Plaintiff and after payment of Plaintiff's attorneys' fees, costs and expenses, to be determined by agreement of the Parties or by noticed motion, the Parties shall file an executed Stipulation of Dismissal of the entire action with prejudice. The Parties expect to file the dismissal papers within 90 days.
>
> Based on the foregoing, the Parties respectfully request that the Court Order that this action be dismissed without prejudice and the Court continue to retain jurisdiction over this action to enforce the terms of the settlement agreement.

(ECF No. 31, p. 2).

1

     Upon consideration, the Court will vacate all upcoming deadlines and court proceedings while the parties finalize their settlement. Further, the Court will set a deadline for any motion for attorney fees to be filed. However, the Court will not dismiss this action without prejudice at this time as the parties' request. Rather, the Court will direct the parties to file their anticipated stipulation of dismissal with prejudice within 30 days after a final ruling on any motion for attorney fees, or within 30 days after the deadline expires to file such a motion.

     Accordingly, IT IS ORDERED as follows:

1. In light of the parties' notice of settlement, all upcoming deadlines and court proceedings are vacated.
2. Plaintiff shall file a motion for attorney fees within 60 days of the entry of this order.
3. Within 30 days after a final ruling on any motion for attorney fees, or within 30 days after the deadline expires to file such a motion, the parties shall file their anticipate stipulation of dismissal with prejudice.

IT IS SO ORDERED.

Dated: __**July 16, 2025**__             /s/ *Erica P. Grosjean*
                                                           UNITED STATES MAGISTRATE JUDGE